UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    No. 1:25-CR-00011

RYAN ROMARIO DOOKHAN,                Hon. Hala Y. Jarbou
                                                      Chief U.S. District Judge

Defendant.
_____/

## JOINT STIPULATION TO COMPETENCY REORT

The parties have received the Forensic Psychological Assessment Report prepared in this case by Dr. Kaitlyn Nelson, who is associated with the Metropolitan Correctional Center (MCC) Chicago, Illinois. (R. 80, Page 1.) The parties stipulate that the report's conclusion, which finds the defendant competent to stand trial, is accurate and should be accepted by the Court.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated :      May 22, 2026            /s/ Constance R. Turnbull
                                     CONSTANCE R. TURNBULL
                                     Assistant United States Attorney
                                     P.O. Box 208
                                     Grand Rapids, Michigan 49501

                                     /s/ Joseph Caldarera (w/consent)
                                     JOSEPH CALDARERA
                                     Counsel for Defendant
                                     299 Broadway, St 1400
                                     New York, New York 10007
                                     (T): (718) 701-3086
                                     jc@tsigerlaw.com