UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                   Case No. 1:25-cr-11

v.

                                   Hon. Hala Y. Jarbou

RYAN ROMARIO DOOKHAN,

      Defendant.

_____/

## **ORDER**

The Court held a hearing on the record, with all parties present, on May 28, 2026.  For the reasons stated on the record,

**IT IS ORDERED** that Defendant's oral motion to adjourn the sentencing hearing is **GRANTED**.  Sentencing is adjourned to **July 23, 2026**, at **11:00 AM**.

Dated: May 28, 2026                      /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE