

LAW OFFICES OF

# Robert Tsigler

PLLC

---

OFFICE: (718) 878-3781 • FACSIMILE: (212) 748-1606 • INFO@TSIGLERLAW.COM • WWW.TSIGLERLAW.COM

299 BROADWAY, SUITE 1400, NEW YORK, NY, 10007

July 21, 2026

***- By ECF -***

Hon. Hala Y. Jarbou
Chief United States District Judge
United States District Court
128 Chamberlain Federal Building
315 W. Allegan St.
Lansing, MI 48933

> **RE:**    *U.S. v. Ryan Dookhan*, 1:25-cr-11-HYJ-1
> <u>Request to Adjourn Sentencing</u>

Dear Judge Jarbou:

Our office represents Mr. Ryan Dookhan in the referenced matter, which is scheduled for a continued sentencing hearing two days from now on Thursday, July 23, 2026, at 11:00 a.m. Owing to the unforeseen cancellation of my flight to Detroit by the airline carrier due to inclement weather in the Northeast region, I request an adjournment until a date convenient to the Court and the government.

Thank you for your attention and consideration.

Respectfully,

*/s/    Joseph M. Caldarera*

Direct: (718) 701-3086
jc@tsiglerlaw.com

cc:  AUSA Constance Turnbull (by ECF)