UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:25–cr–00011–HYJ

v.                              Hon. Hala Y. Jarbou

RYAN ROMARIO DOOKHAN,

        Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | August 12, 2026   02:00 PM<br>*(previously set for July 23, 2026 at 11:00 AM*) |
| Chief Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

HALA Y. JARBOU
Chief United States District Judge

Dated:  July 22, 2026       By:   _/s/ A. Rizk_____
                                    Deputy Clerk