**UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| **USA v. RYAN ROMARIO DOOKHAN** | **DISTRICT JUDGE:** Hala Y. Jarbou |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:25-cr-11 | 8/12/2026 | 2:17 PM – 3:36 PM | Lansing | N/A |

**APPEARANCES**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Constance Turnbull | Joseph Matthew Caldarera | Retained |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ☐ Arraignment: __mute __nolo contendre __not guilty __guilty | ☐ Defendant's Rights | Charging Document: ☐ Read ☐ Reading Waived |
| ☐ Final Pretrial Conference | ☐ Waiver of Indictment | Guilty Plea to Count(s) ______ |
| ☐ Detention (waived __) | ☐ Other: ______ | of the ______ |
| ☐ Motion Hearing | | Count(s) to be dismissed at sentencing: ______ |
| ☐ Revocation/SRV/PV | Court to Issue: | |
| ☐ Bond Violation | ☐ Order of Detention | ☐ Presentence Report Ordered |
| ☐ Change of Plea | ☐ Notice of Sentencing | ☐ Presentence Report Waived |
| ☒ Sentencing | ☐ Order Appointing Counsel | ☐ Plea Accepted by the Court |
| ☐ Trial | ☒ Other: Judgment | ☐ Plea Taken under Advisement |
| ☐ Other: ______ | | ☐ No Written Plea Agreement |

**SENTENCING**

| | |
|---|---|
| Imprisonment: 360 months | Plea Agreement Accepted: ☒Yes ☐No |
| Probation: n/a | Defendant informed of right to appeal: ☒Yes ☐No |
| Supervised Release: 10 years | Counsel informed of obligation to file appeal: ☒Yes ☐No |
| Fine: $ | Conviction Information: |
| Restitution: $ 3,000.00 | Date: 7/8/2025 By: Plea |
| Special Assessment: $ 100.00 | As to Count (s): 1 of the Indictment |

**ADDITIONAL INFORMATION:**
JVTA Assessment: $5,000.00

Defendant's oral motion to adjourn sentencing denied; Defendant's motion for downward variance (ECF No. 72) denied; order to issue; Counts 2 and 3 dismissed on the motion of the United States.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Stefanie Pohl | **Deputy Clerk:** A. Seymore |