UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN ROMARIO DOOKHAN,

Defendant.

_______________________________/

Case No. 1:25-cr-11

Hon. Hala Y. Jarbou

**ORDER**

The Court held a sentencing hearing on the record, with all parties present, on July 23, 2026. For the reasons stated on the record,

**IT IS ORDERED** that Defendant's oral motion to adjourn sentencing is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's motion for downward departure, requested in his Sentencing Memorandum (ECF No. 72) and construed as a motion for downward variance, is **DENIED**.

Dated: August 14, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE